**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-7000**

---

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

JUDGE STOKES; JUDGE STONE; WENDY MOSES; MARJORIE MORGAN; JERRI,

Defendants - Appellees.

---

**No. 25-7021**

---

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

JUDGE STOKES; JUDGE STONE; WENDY MOSES; MARJORIE MORGAN; JERRI,

Defendants - Appellees.

_____

**No. 25-7022**

_____

WELDON EUGENE HOLTZCLAW, JR.,

     Plaintiff - Appellant,

  v.

JUDGE STOKES; JUDGE STONE; WENDY MOSES; MARJORIE MORGAN; JERRI,

     Defendants - Appellees.

_____


Appeals from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-07499-DCC)

_____

Submitted:  April 23, 2026       Decided:  April 28, 2026

_____

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated cases, Weldon Eugene Holtzclaw, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint for failure to prosecute and denying several postjudgment motions to amend. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Holtzclaw's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Holtzclaw's pending appellate motions, and we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*